BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6749
 Fax: (916) 324-5205

Attorneys for Defendants Obedoza, Sandy, Ciraulo,
Yount, Jackson, Smith, Abella, Mancill, Smith and
Williams
SA2003104177

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID DANIELS,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**W. YOUNT, et al.,**<br><br>                              Defendants. | CASE NO. CIV S-03-0400 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO DEPOSE PLAINTIFF** |

Defendants' first request for a extension of time to depose Plaintiff was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have up to and including January 9, 2006, to conclude Plaintiff's deposition.

DATED: 12/12/05                              /s/ Gregory G. Hollows
                                             _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

dani0400.po

[Proposed] Order Granting Defendants' First Request for Extension of Time to Depose Plaintiff
1