IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID DANIELS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**W. YOUNT, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. CIV S-03-0400 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** |

　　　Defendants' request to modify the date the for the filing of pretrial motions in the current scheduling order was considered by this Court, and good cause appearing,

　　　IT IS HEREBY ORDERED that date for filing pretrial motions is vacated and reset to March 6, 2006. **

DATED: 2/3/06　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**GREGORY G. HOLLOWS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

** NO FURTHER EXTENSIONS.