IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIELS,

    Plaintiff,           No. CIV S- 03-0400 MCE GGH P

    vs.

W. YOUNT, et al.,

    Defendants.      ORDER

/

        Defendants have now filed a motion for summary judgment, for which they were granted two extensions of time. See Orders, filed on February 3, 2006 and March 9, 2006.

        In light of the pending dispositive motion, the court now VACATES the May 26, 2006 pretrial conference and August 30, 2006 jury trial dates set in the October 11, 2005 scheduling order. Plaintiff's opposition is due within thirty days. Any reply by defendants will be due seven days after service of the opposition. The dates for the pretrial conference and jury trial will be re-set, if appropriate, upon adjudication of the pending motion for summary judgment.

DATED: 3/27/06

                                     /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:009/dani0400.vac

1