1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11

12

**DAVID DANIELS,**                          2:03-cv-0400 MCE GGH P

13
                                  Plaintiff,    **ORDER GRANTING DEFENDANTS'**
14                                              **MOTION TO VACATE THE DATES**
                                                **FOR THE PARTIES' PRETRIAL**
15            v.                                 **STATEMENTS IN THE SCHEDULING**
                                                **ORDER**
**W. YOUNT, et al.,**
16
                                  Defendants.
17

18

19          By order filed on March 27, 2006, this court sua sponte vacated the then-pending

20    pretrial conference and jury trial dates in light of defendants' dispositive motion, filed on March

21    20, 2006.  Defendants have since moved for an additional order requesting that the parties be

22    specifically relieved from the filing of pretrial statements.

23          In vacating, inter alia, the pretrial conference date, the court implicitly vacated the

24    filing dates for pretrial statements. The court now explicitly relieves the parties of any obligation

25    to file a pretrial statement until the motion for summary judgment has been adjudicated and the

26    appropriateness of setting a new pretrial conference date and jury trial date has been determined.

27    \\\\\

28    \\\\\

                                                 1

1     Accordingly, IT IS HEREBY ORDERED that the parties are relieved from filing

2  pretrial statements.  The dates for the filing of pretrial statements will be reset, if appropriate,

3  upon adjudication of the pending motion for summary judgment.

4  Dated: 5/25/06

/s/ Gregory G. Hollows

5

_____
GREGORY G. HOLLOWS
6                                                                    UNITED STATES MAGISTRATE JUDGE

7
dani0400.po3
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2