1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID DANIELS,

11            Plaintiff,                    No. CIV-S-03-0400 MCE GGH P

12       vs.

13   W. YOUNG, et al.,

14            Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16            A recent court order was served on plaintiff's address of record and returned by

17   the postal service.  It appears that plaintiff has failed to comply with Local Rule 83-182(f), which

18   requires that a party appearing in propria persona inform the court of any address change.

19            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

20   plaintiff's failure to keep the court apprised of his current address.  See Local Rules 83-182(f) and

21   11-110.

22            These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: 5/11/07

4  /s/ Gregory G. Hollows
   _____
5  UNITED STATES MAGISTRATE JUDGE

6  GGH:035
   dani0400.33a

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26